PROB 12C                                                SD/FL PACTS No. 112387
(SD/FL 3/05)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-20318-CR-MOORE

*3:19mj 261* (handwritten)

## PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

Name of Offender:  Daniel Mitchell

Name of Sentencing Judicial Officer: The Honorable K. Michael Moore, Chief United States District Judge, Miami, Florida

Date of Original Sentence:  October 25, 2012

Original Offense:        Count One: Possession of a firearm by a convicted felon, 18 U.S.C. § 922(g)(1), a Class C felony.

                         Count Two: Possession with intent to distribute a detectable amount of marijuana, 21 U.S.C. § 841(a)(1), a D Class felony.

Original Sentence:       Fifty-seven (57) months custody of the United States Bureau of Prisons as to each of Counts One and Two, each such term to be served concurrently; followed by three (3) years supervised release as to each of Counts One and Two, to be served concurrently; and a $200.00 special assessment.  Special conditions as follows:  The defendant shall 1) submit to a search of his person or property; and 2) obtain prior written approval from the Court before entering any self-employment.

                         **March 12, 2018:** Supervised release revoked, and defendant sentenced to 11 months custody followed by 25 months supervised release. All previously imposed conditions remain in effect with the following additional special conditions:  The defendant shall 1) participate in an approved treatment program for anger control/domestic violence; and 2) participate in an approved inpatient/outpatient mental health treatment program.

                         **December 13, 2018:** Supervised release modified to include the following added special conditions: The defendant shall participate in an approved treatment program for drug and/or alcohol abuse.

                         **May 15, 2019:** *Report on Offender Under Supervision (Prob 12A)* submitted due to cocaine use. No action taken.

Type of Supervision:  Supervised Release     Date Supervision Commenced:  August 31, 2018

PROB 12C                                                        SD/FL PACTS No.  112387
(SD/FL 3/05)


Assistant U.S. Attorney:                     Defense Attorney:
Michael J. Garofola                          Stewart G. Abrams
99 N.E. 4th Street                Federal Public Defender's Office
Miami, FL 33132                              150 W Flagler Street
(305) 961-9151                               Miami, FL 33130
                                             (305) 530-6900

**PETITIONING THE COURT**

☐     To issue a warrant
☒     To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number              Nature of Noncompliance

1.                            **Violation of Mandatory Condition,** by unlawfully possessing or using a
                              controlled substance. On May 6, 2019, defendant submitted a urine specimen
                              which tested positive for the presence of cocaine in our local laboratory; and
                              subsequently confirmed by Alere Toxicology Services, Inc.

2.                            **Violation of Mandatory Condition,** by unlawfully possessing or using a
                              controlled substance. On May 6, 2019, defendant submitted a urine specimen
                              which tested positive for the presence of cocaine in our local laboratory; and
                              subsequently confirmed by Alere Toxicology Services, Inc.

3.                            **Violation of Mandatory Condition,** by unlawfully possessing or using a
                              controlled substance. On May 17, 2019, defendant submitted a urine
                              specimen which tested positive for the presence of cocaine in our local
                              laboratory; and subsequently confirmed by Alere Toxicology Services, Inc.

4.                            **Violation of Mandatory Condition,** by refusing to submit to drug testing.
                              On May 8, 2019, defendant was instructed to submit to drug testing twice
                              weekly, on every Tuesday and Friday until otherwise instructed. On Friday,
                              May 24, 2019, the defendant failed to submit to drug testing as instructed.

5.                            **Violation of Standard Condition,** by failing to work regularly at a lawful
                              occupation. On or about May 29, 2019, defendant was terminated by
                              Advance Caulking, Inc., located at 6615 Southwest 38 Court, Miami, FL
                              33183, and to date, has failed to obtain full-time, acceptable employment.

PROB 12C
(SD/FL 3/05)

SD/FL PACTS No. 112387

**United States Probation Officer Recommendation:**

The term of supervision should be

☒  revoked.

☐  extended for _____ years, for a total term of _____ years.

☐  The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 3, 2019

by _____

Raymond S. Gravie
2019.06.03 15:18:12 -04'00'

Raymond S. Gravie
United States Probation Officer
Office: (305) 523-5368
Cellular: (786) 348-8963

THE COURT ORDERS:

☐  No Action

☐  The Issuance of a Warrant

☑  The Issuance of a Summons

☐  Submit a Request for Modifying the Conditions or Term of Supervision

_____
Signature of Judicial Officer

06/03/19
_____
Date

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

SOUTHERN District of FLORIDA

United States of America
v.

DANIEL MITCHELL
*Defendant*

)
)
)
)
)
)

Case No.   12-20318- CR-MOORE

3:19mj261

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   DANIEL MITCHELL

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☒ Order of the Court

This offense is briefly described as follows:
FAILURE TO APPEAR FOR INITIAL APPEARANCE ON VIOLATION OF SUPERVISED RELEASED ON JUNE 16, 2019 @ 1:30 P.M.

Date:   6/17/19

*Issuing officer's signature*

City and state:   MIAMI, FL

ALICIA M. OTAZO-REYES, U.S. MAGISTRATE JUDGE
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |